ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEC 16 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal Indictment |
| RANDOLPH ANTHONY SCOTT, JR. | No. 1:20CR 499 |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown to the grand jury, but by no later than on or about May 25, 2019, and continuing through on or about March 21, 2020, in the Northern District of Georgia and elsewhere, the defendant, RANDOLPH ANTHONY SCOTT, JR., not being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, did willfully engage in the business of dealing in firearms, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

**Counts Two through Twenty-Six**

On or about the date alleged in Column B below, in the Northern District of Georgia and elsewhere, the defendant, RANDOLPH ANTHONY SCOTT, JR., knowingly made a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, as identified in Column C below, in connection with the acquisition of at least one

of the corresponding firearms described in Column D below, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of the acquisition of said firearm(s) under Chapter 44, Title 18, United States Code; that is:

| Column A<br>Count | Column B<br>Date | Column C<br>Federally Licensed Firearm Dealer | Column D<br>Firearm(s) |
|---|---|---|---|
| Two | 05/25/2019 | North Georgia Gun & Pawn | - Cobra, model CA380, .380 caliber pistol<br>- Cobra, model Denali 380, .380 caliber pistol<br>- Taurus, model G2s, 9mm pistol |
| Three | 6/5/2019 | X3 Firearms | - Hi Point, model 40SW/P, .40 caliber pistol<br>- Hi Point, model 45 ACP/P, .45 caliber pistol |
| Four | 06/8/2019 | North Georgia Gun & Pawn | - SCCY, model CPX-2, 9mm pistol<br>- GSG, Model Firefly, .22 caliber pistol |
| Five | 06/14/2019 | Dahlonega Gold & Pawn | - Taurus, model G2C, 9mm pistol<br>- Canik55, model TP-9SF, 9mm pistol |
| Six | 06/25/2019 | Dahlonega Gold & Pawn | - Canik55, model TP-9SF1, 9mm pistol<br>- ATI, model Omni, 5.56 rifle |
| Seven | 8/20/2019 | Dahlonega Gold & Pawn | - Remington Arms, Model RP45, .45 caliber pistol<br>- S&W, model SD9VE, 9mm pistol<br>- RIA, model VR60, 12 gauge shotgun |
| Eight | 8/22/2019 | Appalachian Gun & Pawn | - Sig Saur, model P250, 9mm pistol |

2

| | | | |
|---|---|---|---|
| Nine | 8/23/2019 | Dahlonega Gold & Pawn | - Smith & Wesson, model M&P, .45 caliber pistol<br>- Smith & Wesson, model SW40VE, .40 caliber pistol<br>- ATI, model Nomad, 20 gauge shotgun<br>- ATI, model Nomad, 12 gauge shotgun |
| Ten | 9/7/2019 | Dahlonega Gold & Pawn | - Ruger, model security, 9mm pistol, serial number 381-48881 |
| Eleven | 11/23/2019 | Dahlonega Gold & Pawn | - Taurus, model 856, .38 caliber revolver<br>- Remington, model RP45, .45 caliber pistol<br>- Taurus, model G2C, 9 mm pistol<br>- Smith & Wesson, model Bodyguard, .380 caliber pistol<br>- HS Produkt, model XD40, .40 caliber pistol<br>- Smith & Wesson, model M&P 45 Shield, .45 caliber pistol<br>- TR Imports, model R217 Tactical, 12 gauge shotgun |
| Twelve | 11/23/2019 | Appalachian Gun & Pawn | - Smith & Wesson, model M&P9, 9mm pistol<br>- Taurus, model 856, .38 caliber revolver |
| Thirteen | 12/7/2019 | Dahlonega Gold & Pawn | - HS Produkt, model XDS, 9mm pistol<br>- Taurus, model Spectrum, .380 caliber pistol<br>- Taurus, model Spectrum, .380 caliber pistol<br>- Taurus, model Spectrum, .380 caliber pistol<br>- HS Produkt, model XD45, .45 caliber pistol<br>- Smith & Wesson, model M&P9 Shield, 9mm pistol<br>- Glock, model 19Gen4, 9mm pistol<br>- Tisas, .45 caliber pistol<br>- HS Produkt, model XD9, 9mm pistol |

3

| | | | |
|---|---|---|---|
| Fourteen | 12/18/2019 | Dahlonega Gold & Pawn | - Mossberg, model 500A, 12 gauge shotgun<br>- Taurus, model, TH9C, 9mm pistol |
| Fifteen | 12/18/2019 | Rome Gun & Pawn | - Armscor, model 206, .38 caliber revolver<br>- Taurus, model G2C, .40 caliber pistol |
| Sixteen | 12/19/2019 | Dahlonega Gold & Pawn | - ATI, model Omni Hybrid, 300 caliber pistol |
| Seventeen | 1/18/2020 | Appalachian Gun & Pawn | - HS Produkt, model XDS, 9mm pistol<br>- Taurus, model 856, .30 caliber revolver<br>- Taurus, model PT24/7 Pro, 9mm pistol<br>- Smith & Wesson, model SD9VE, 9mm pistol |
| Eighteen | 01/19/2020 | North Georgia Gun & Pawn | - Taurus, model 605, .357 caliber revolver<br>- HS Produkt, model XD40, .40 caliber pistol |
| Nineteen | 2/22/2020 | Appalachian Gun & Pawn | - Springfield, model XDS, .45 caliber pistol<br>- Taurus, model PT24/7, .45 caliber pistol |
| Twenty | 2/22/2020 | Dahlonega Gold & Pawn | - Taurus, model 605 Protector Poly, .357 caliber revolver<br>- Charter Arms, model Undercover, .38 caliber revolver<br>- Glock, model 27 GEN3, .40 caliber pistol<br>- Taurus, model G2C, 9mm pistol<br>- Taurus, model G2C, .40 caliber pistol<br>- Glock, model 20GEN4, 10mm pistol<br>- Taurus, model G2C, 9mm pistol,<br>- Taurus, model The Judge, 45/410 caliber revolver FU641981 |

4

| Twenty-one | 3/7/2020 | Dahlonega Gold & Pawn | - Glock, model 22, .40 caliber pistol<br>- Smith & Wesson, model M&P 9C<br>- Glock, model 43, 9mm pistol<br>- Taurus, model 605 Protector Poly, .357 caliber pistol<br>- SCCY, model CPX-1, 9mm pistol<br>- Taurus, model 856, .38 caliber revolver<br>- Taurus, model G2S, 9mm pistol |
|---|---|---|---|
| Twenty-two | 3/7/2020 | Appalachian Gun & Pawn | - Glock, model G29Gen4, 10mm pistol |
| Twenty-three | 3/7/2020 | Rome Gun & Pawn | - Glock, model 19, 9mm pistol<br>- Rohm, model RG10, .22 caliber revolver<br>- Taurus, model PT740 Lim, .40 caliber pistol<br>- HS Produkt, model XDS Model 2, .45 caliber pistol<br>- Taurus, modelG2C, .40 caliber pistol<br>- FIE, .38 caliber revolver<br>- Taurus, model R351, .38 caliber revolver<br>- RG, RG31, .32 caliber revolver<br>- Ruger, LCP, .380 caliber pistol<br>- SCCY, model CPX-3 TT .380 caliber pistol<br>- SCCY, model CPX-3 TT .380 caliber pistol<br>- HS Prosukt, 9mm pistol |

| | | | |
|---|---|---|---|
| Twenty-four | 3/21/2020 | Dahlonega Gold & Pawn | - Sig Sauer, model P365, 9mm pistol<br>- Taurus, model Judge, .45/.410 caliber revolver<br>- Canik, model TP9SF One, 9mm pistol<br>- Taurus, model 856UL, .38 caliber revolver<br>- Glock, model 43, 9mm pistol<br>- Smith & Wesson, model M&P45, .45 caliber pistol<br>- Taurus, model PT1911, .45 caliber pistol<br>- Glock, model 27Gen4, .40 caliber pistol<br>- Glock, model 22, .40 caliber pistol<br>- Bersa, model Thunder, .380 caliber pistol<br>- Diamondback, model DB15, .556 caliber rifle<br>- Ruger, model Security 9, 9mm pistol<br>- Smith & Wesson, model Shield EZ, .380 caliber pistol<br>- Ruger, Security 9, 9mm pistol<br>- Mossberg, model MC1SC, 9mm pistol |
| Twenty-five | 3/21/2020 | Rome Gun & Pawn | - Taurus, model Defender, .45/410 caliber revolver<br>- Taurus, model 709, 9mm pistol<br>- Phoenix Arms, model HP22, .22 caliber pistol<br>- Phoenix Arms, model HP22, .22 caliber pistol<br>- Phoenix Arms, model HP22, .22 caliber pistol<br>- Phoenix Arms, model HP22, .22 caliber pistol<br>- Phoenix Arms, model HP22, .22 caliber pistol<br>- Sccy, model CPX2CBDE, 9mm pistol<br>- Sccy, model CPX2CBSG, 9mm pistol<br>- Sccy, model CPX2CBSB, 9mm pistol<br>- Cobra, model Big Bore, 9mm pistol<br>- Cobra, model Big Bore, 9mm pistol |

6

| Twenty-six | 3/21/2020 | Cherokee Gun & Pawn | - Phoenix, model HP22A, .22 caliber pistol<br>- Springfield, model XDS9, 9mm pistol<br>- Taurus, model 856, .38 caliber revolver<br>- Taurus, model 856, .38 caliber revolver<br>- Springfield, model XD9C, 9mm pistol<br>- Remington, model 870, 12 gauge shotgun |
|---|---|---|---|

in that the defendant, RANDOLPH ANTHONY SCOTT, JR., falsely represented that he was the actual buyer of said firearm(s) and was not purchasing the firearm(s) on behalf of another person when, as he then knew, he was not the true purchaser of the firearm(s), all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### Count Twenty-Seven

On or about March 7, 2020, in the Northern District of Georgia and elsewhere, the defendant, RANDOLPH ANTHONY SCOTT, JR., did knowingly, with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), travel from New York to Georgia, and acquire a firearm in Georgia in furtherance of such purpose, all in violation of Title 18, United States Code, Section 924(n).

### Count Twenty-Eight

On or about March 20, 2020, in the Northern District of Georgia and elsewhere, the defendant, RANDOLPH ANTHONY SCOTT, JR., did knowingly,

7

with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), travel from New York to Georgia, and acquire a firearm in Georgia in furtherance of such purpose, all in violation of Title 18, United States Code, Section 924(n).

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Twenty-Eight of this Indictment, the defendant, RANDOLPH ANTHONY SCOTT, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition in involved in the offense.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A  ___TRUE___  BILL

___/s/___
FOREPERSON

BYUNG J. PAK
*United States Attorney*

*/s/ Erin N. Spritzer*
ERIN N. SPRITZER
*Assistant United States Attorney*
Georgia Bar No. 152374

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181